396 A.2d 33

Commonwealth v. Gregory Jones, Appellant.

538

Submitted September 12, 1977. Lee Mandell, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.